| | Return | |
|---|---|---|
| Case No.:<br>22-950M(NJ) | Date and time warrant executed:<br>08/12/2022  2:10pm | Copy of warrant and inventory left with:<br>USPS Priority 9505 5150 4156 2220 3271 18 |
| Inventory made in the presence of :<br>Mario Lantigua and Joel Tomas | | |
| Inventory of the property taken and name(s) of any person(s) seized:<br>Search and seizure warrant 22-950M(NJ): roll of cheese. | | |

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 08/18/2022

*Mario Lantigua*
*Executing officer's signature*

Mario Lantigua Postal Inspector
*Printed name and title*